UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN RUSIECKI,

        Plaintiff,

v.                                                Case No. 06-10795
                                             Hon. Victoria A. Roberts

JAN TROMBLEY; FAY TAYLOR;
ALLAN KELLY; JODIE GORDON;
and AMY NOVAK,

        Defendants.
_____

**<u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u>**

      This matter is before the Court on Defendants' Motion to dismiss. Because Plaintiff failed to completely exhaust his administrative remedies as to each Defendant, Defendants' Motion is **GRANTED** and the Complaint is **DISMISSED** without prejudice.

      Plaintiff is required to exhaust his available administrative remedies prior to filing a claim. 42 USC §1997e. Further, "[f]or a court to find that a prisoner has administratively exhausted a claim against a particular defendant, a prisoner must have alleged mistreatment or misconduct on the part of the defendant at Step I of the [Michigan Department of Corrections] grievance process." *Burton v. Jones*, 321 F.3d 569, 575 (6th Cir. 2003).

      Plaintiff attached two Step I grievance forms with his Complaint. Plaintiff specifically mentioned Defendants Trombley, Taylor and Kelly. He also grieves

1

members of the MDOC mailroom staff that opened his mail outside of his presence.

However, Plaintiff names Amy Novak, an assistant resident unit supervisor, and Jodie Gordon, a general office assistant, as Defendants.  Neither of these individuals are grieved in a Step I grievance form.  Therefore, Plaintiff did not exhaust his administrative remedies as to these Defendants.

"Complaints that contain both exhausted and non-exhausted claims must be dismissed."  *Rinard v. Luoma*, 440 F.3d 361, 362 (6th Cir. 2006).  Accordingly, Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

        s/Victoria A. Roberts
        **Victoria A. Roberts**
        **United States District Judge**

**Dated:  May 23, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 23, 2006.**
>
> **s/Linda Vertriest**
> **Deputy Clerk**